UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CAROLYN PARRISH and <br> RONALD PARRISH, <br><br> Plaintiffs, <br><br> v. <br><br> BETTY FREEMAN and <br> VIRGIL FREEMAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:19-cv-20-JRG-SKL <br> ) <br> ) <br> ) <br> ) <br> ) |

## REPORT AND RECOMMENDATION

Before the Court is an application for leave to proceed *in forma pauperis* ("IFP Application") [Doc. 2], which appears to have been signed only by one of the named plaintiffs. On February 14, 2019, an Order [Doc. 6] was issued that addressed inadequacies in the IFP Application [Doc. 2]. The Order stated that if plaintiffs are seeking to proceed in this action without paying the filing fee, they must each, or jointly, complete and submit properly signed IFP application(s) that fully address the issues raised in the Order within 21 days. Plaintiffs were forewarned that any failure to timely submit the properly completed and signed paperwork would result in dismissal of this claim. The time for submitting properly signed and completed IFP application(s) has passed without any additional submission(s).

Accordingly, and for the reasons explained herein and in the prior Order [Doc. 6], I

1

**RECOMMEND**[1] that the IFP Application [Doc. 2] be **DENIED**, that plaintiffs' claims be **DISMISSED WITHOUT PREJUDICE,** and that this matter be **CLOSED**.

/s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).