UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CAROLYN PARRISH and RONALD PARRISH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:19-CV-20 ) |
| BETTY FREEMAN and VIRGIL FREEMAN, | ) ) ) ) |
| Defendants. | ) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 20, 2019, [Doc. 7]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiffs' motions to proceed *in forma pauperis*, [Doc. 1], be denied, and that plaintiffs' complaint be dismissed without prejudice for failure to timely submit completed and signed *in forma pauperis* application paperwork. [Doc. 7 at 1]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 7], and that the plaintiffs' complaint be dismissed without prejudice

So ordered.

ENTER:

s/J. RONNIE GREER
                                                    UNITED STATES DISTRICT JUDGE